JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA RUBENSTEIN, | Case No. CV 15-9545-JLS (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF WHITTIER, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that the Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: February 5, 2016

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE